IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION



| | |
|---|---|
| DAVID LEE WILLIAMS, JR., | ) |
|     Plaintiff, | ) Civil Action No. 7:08-cv-00640 |
| v. | ) **FINAL ORDER** |
| CHARLOTTE COUNTY JAIL, | ) By: Hon. Glen E. Conrad |
|     Defendants. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is DISMISSED without prejudice, pursuant to 42 U.S.C. § 1997e(a), and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 30th day of December, 2008.

                                              United States District Judge